# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.:** 07-cv-01696-EWN-KLM | **FTR** - Reporter Deck - Courtroom A-501 |
| **Date:** December 18, 2007 | Courtroom Deputy, Ellen E. Miller |

___

FREDDY LEE SLACK,  Pro Se   (by telephone)
# 124715

    **Plaintiff(s),**

v.

JACKIE JONES,  Jennifer S. Huss
JOHN CARROLL,
LISA LEHN,
CAPTIN [sic] JOHN HYATT,
LT. JEFF HAWKIN,
MS. FULTON,
GLORIA MASTERSON, and
GARY K. WATKINS,

    **Defendant(s).**

___
## COURTROOM   MINUTES  /  MINUTE  ORDER
___

**HEARING: PRELIMINARY  SCHEDULING / STATUS  CONFERENCE**
**Court in Session:**     9:00 a.m.
Court calls case.   Telephonic appearance of *Pro Se* Plaintiff.  Appearance of defense counsel.

The Court reminds the Plaintiff that courts may only address motions.  Letters written to the Court will not move his case forward in any respect.

The Court notes that Plaintiff should not file requests for the Court to contact individuals on his behalf, as the Court has no authority to do so.  Any such requests will be summarily denied.

**It is ORDERED:**    Plaintiff's MOTION TO HAVE COURTS CONTACT REV. AL SHARPTON AT NATIONAL ACTION NETWORK {Docket No. **22,** Filed December 12, 2007] is **DENIED** for the reasons set forth on the record.

Discussion is held regarding the status of the case and the claims Plaintiff is pursuing.

Discussion is held regarding the pending motions filed by both sides.

**It is ORDERED:** Defendants shall have to and including **JANUARY 09, 2008** within which to file their RESPONSE to the three (3) motions filed by Plaintiff that are currently pending. [Docket No. **20**, Filed December 12, 2007; Docket No. **21**, Filed December 12, 2007; Docket No. **23**, Filed December 12, 2007]. No replies by the Plaintiff will be permitted.

It is noted that Defendants filed a Motion to Dismiss on December 17, 2007.

**It is ORDERED:** Plaintiff shall have to and including **MARCH 03, 2008** within which to file his RESPONSE to the Defendants' Motion to Dismiss [Docket No. **28,** Filed December 17, 2007]. No reply by the Defendants will be permitted.

Discovery deadline and Dispositive Motions deadline will be addressed if any or all of the case survives the Motion to Dismiss.

Discussion is held with Plaintiff's Case Manager, Dick Roberts, to obtain information regarding outgoing mail procedures within the prison facility.

The Clerk of the Court is directed to add the prison litigation coordinator Dennis Burbank as an *Interested Party* so that he might receive copies of all orders from the court. Mr. Burbank should receive copies of all court orders at the following address:

Mr. Dennis Burbank,
Prison Litigation Coordinator
Colorado State Penitentiary
P. O Box 777
Canon City, CO 81215-0777

The Clerk of the Court is directed to also mail a copy of the Courtroom Minutes/Minute Order to Plaintiff's Case Manager, Dick Roberts at the same address.

HEARING CONCLUDES.

**Court in recess:** 9:38 a.m.
Total In-Court Time: 00:38