IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01696-EWN-KMT

FREDDY LEE SLACK,

    Plaintiff,

v.

JACKIE JONES,
JOHN CARROLL,
LISA LEHN,
CAPTIN [sic] JOHN HYATT,
LT. JEFF HAWKIN,
MS. FULTON,
GLORIA MASTERSON, and
GARY K. WATKINS,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's Motion for an Order (#74, filed August 8, 2008) is DENIED. None of the documents listed by Plaintiff was a motion requesting relief, and therefore this court will not address the documents.

Plaintiff's Motion for an Air Machine (#76, filed August 22, 2008) is DENIED, as Plaintiff is requesting the court interfere with the day-to-day operations of the prison.

Plaintiff's Motion for Order to be Removed from Administrative Segregation (#77, filed August 22, 2008) is DENIED, as it relates to the issues previously addressed in previous orders and the Recommendation issued on July 2, 2008.

Plaintiff's Motion to Enter More Evidence (#79, filed September 23, 2008) is DENIED. This court does not need further evidence to address Plaintiff's claims.

Dated: September 30, 2008