IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 07-cv-01696-CMA-KMT

FREDDY LEE SLACK,

    Plaintiff,

v.

JACKIE JONES,
JOHN CARROLL,
LISA LEHN,
CAPTIN [sic] JOHN HYATT,
LT. JEFF HAWKIN,
MS. FULTON,
GLORIA MASTERSON, and
GARY K. WATKINS,

    Defendants.

## ORDER ADOPTING AND AFFIRMING JULY 2, 2008 RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on the recommendation by the Magistrate Judge that Defendants' Motion to Dismiss Complaint (Doc. # 28) be granted and the action be dismissed.

Plaintiff has objected to the recommendation. In light of the objections to it, the Court has conducted the requisite *de novo* review of the issues, the recommendation and Plaintiff's objections. Based on this review, the Court has concluded that the Magistrate Judge's thorough and comprehensive analysis and recommendation are correct. Accordingly,

IT IS ORDERED that the July 2, 2008 Recommendation of United States Magistrate Judge (Doc. # 64) is ACCEPTED and, for the reasons cited therein, the above-captioned matter is DISMISSED.

DATED: November  6th , 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge